# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **GULF STATES CONFERENCE** ) | |
| **ASSOCIATION OF SEVENTH DAY** ) | |
| **ADVENTISTS, INC., GULF STATES** ) | **CIVIL ACTION NUMBER:** |
| **CONFERENCE ASSOCIATION OF** ) | |
| **SEVENTH DAY ADVENTISTS, d/b/a** ) | **3:14-cv-00333-WKW-TFM** |
| **CAMP ALAMISCO, AND** ) | |
| **MELISSA LEFFLER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SAINT PAUL UNITED** ) | |
| **METHODIST CHURCH,** ) | |
| ) | |
| Defendant. ) | |

### SAINT PAUL UNITED METHODIST CHURCH'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Saint Paul United Methodist Church ("St. Paul UMC") pursuant to Rule 56 of the Federal Rules of Civil Procedure, and request this Court grant summary judgment in its favor on all claims asserted by the Plaintiffs, Gulf States Conference Association of Seventh Day Adventists, Inc. ("GSC"), Gulf States Conference Association of Seventh Day Adventists, d/b/a Camp Alamisco ("Camp Alamisco"), and Melissa Leffler, ("Leffler"). As set forth in St. Paul UMC's Brief in Support of its Motion for Summary Judgment filed herewith, no genuine issue of material fact exist and St. Paul UMC is entitled to judgment as a matter of law.

The Plaintiffs' claims against St. Paul UMC are:

1. that the Plaintiffs claim they are entitled to indemnification from St. Paul UMC asserted by Jenna Hackaday against them in *Jenna Hackaday v. Bombardier Recreational Products, Inc., et al.;* Case number: CV – 2012-900899 filed in the Circuit Court of Montgomery County, Alabama based upon indemnity language in the Camp Use Rental Agreement;

2. That the Plaintiff's claim they are entitled to indemnification from St. Paul UMC for breach of the Camp Use Rental Agreement by failing to provide the insurance listed under the insurance section of the Agreement. (*See Complaint, Doc. 1*).

There is no evidence to support the Plaintiffs' claims for breach of the Camp Use Rental Agreement. There is no indemnification language which would require St. Paul UMC to indemnify the Plaintiffs as a result of the accident involving Jenna Hackaday. Secondly, St. Paul UMC complied with all provisions of the Camp Use Rental Agreement with regard to its insurance requirements. St. Paul UMC was properly insured at the time it used the facility. Furthermore, there is no evidence that the insurance policy would have provided the necessary insurance which would have provided coverage in this action.

In support of this Motion, St. Paul UMC relies on the pleadings filed in this case, the Statement of Undisputed Facts, the Evidentiary Submissions in support of this Motion for Summary Judgment, the deposition testimony and related Exhibits, as well as the case law and Argument set forth in Defendant's Brief filed herewith.

WHEREFORE, PREMISES CONSIDERED, St. Paul UMC respectfully request that this Court grant its Motion for Summary Judgment and dismiss the Plaintiffs' claims with prejudice.

Respectfully submitted,

*s/ Michael R. Lunsford*
MICHAEL R. LUNSFORD
ASB-4014-N77M; LUN006
Attorney for St. Paul United

      Methodist Church
PORTERFIELD, HARPER, MILLS, MOTLOW &
     IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: 205-980-5000
Facsimile: 205-980-5001
E-mail: mrl@phm-law.com

*s/ James Michael Cooper*
J. Michael Cooper (ASB-6353-P79J)
Attorney for St. Paul United
 Methodist Church
Porterfield, Harper, Mills, Motlow
    & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
E-mail: jmc@phm-law.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **GULF STATES CONFERENCE**     ) | |
| **ASSOCIATION OF SEVENTH DAY** ) | |
| **ADVENTISTS, INC., GULF STATES** ) | **CIVIL ACTION NUMBER:** |
| **CONFERENCE ASSOCIATION OF**   ) | |
| **SEVENTH DAY ADVENTISTS, d/b/a**) | **3:14-cv-00333-WKW-TFM** |
| **CAMP ALAMISCO, AND**          ) | |
| **MELISSA LEFFLER,**            ) | |
|                                 ) | |
|     **Plaintiffs,**             ) | |
|                                 ) | |
| **v.**                          ) | |
|                                 ) | |
| **SAINT PAUL UNITED**           ) | |
| **METHODIST CHURCH,**           ) | |
|                                 ) | |
|     **Defendant.**              ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that on **June 15, 2015,** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case, and I hereby certify that I am forwarding the foregoing via United States Mail and/or email to the non-CM/ECF participants.

Christopher D. Glover, Esq.
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box
Montgomery, Alabama  36103
334-269-2343
334-954-7555 – fax
Email: chris.glover@beasleyallen.com

Ben B. Philips, Esq.
Brian M. Worstell, Esq.
Jason B. Branch, Esq.
PHILIPS, BRANCH & HODGES
P.O. Box 2808
Columbus, GA 31906
Email: ben@philips-branch.com
brian@philips-branch.com
jason@philips-branch.com

Philip W. Savrin, Esq.
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone: (770) 818-0000
Facsimile: (770) 937-9960
Email: psavrin@fmglaw.com

C. Morris Mullin, Esq.
Joseph L. Waldrep, Esq.
Waldrep, Mullin & Callahan, LLC
P.O. Box 351
Columbus, Georgia 31902

                                        **s/ Michael R. Lunsford**
                                        OF COUNSEL